**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ROSEANNA BERMUDEZ, CODY BOWDEN AND MARIA DUARTE,**<br>           **Defendants.** | **NO.  17-1618** |

**O R D E R**

**AND NOW**, this 30th day of November, 2017, upon consideration of Federal Rule of Civil Procedure 21 and this Court's recent opinion, *UN4 Productions, Inc. v. John Does 1-15*, No. 17-2768, 2017 WL 5885779 (E.D. Pa. Nov. 29, 2017), this action is **SEVERED** and Defendants Cody Bowden and Maria Duarte are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to re-file individual actions against them.

                                                                            **BY THE COURT:**

                                                                            /s/Wendy Beetlestone, J.

                                                                            _____
                                                                            **WENDY BEETLESTONE, J.**