IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br>          Plaintiff, | CIVIL ACTION |
| v. | |
| ROSEANNA BERMUDEZ<br>          Defendant. | NO.  17-1618 |

### O R D E R

**AND NOW**, this 29th day of December, 2017, it is **ORDERED** that the above captioned case is **DISMISSED** without prejudice against Defendant, **Roseanna Bermudez** for failure to make service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**